# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARGARET S. CHOUEST

VERSUS

STEPHEN GUY DELAUP, CONNICK AND
CONNICK, L.L.C., AND CNA FINANCIAL
CORPORATION D/B/A CNA AND/OR
CONTINENTAL CASUALTY COMPANY, INC.
D/B/A CNA

NO.  2020 CW 0334

JUNE 09, 2020

---

In Re:    Stephen Guy Delaup, and S. Guy DeLaup, APLC and
          Continental Casualty Company, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 678670.

---

**BEFORE:    HIGGINBOTHAM, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT NOT CONSIDERED IN PART AND DENIED IN PART.** Relators failed to provide a copy of the judgment on the ruling on the Motion for Summary Judgment complained of in violation of Rule 4-5(C)(6) of the Uniform Rules of the Louisiana Courts of Appeal, and therefore, this writ is not considered as to that ruling.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 4-9 and 2-18.7, Uniform Rules of Louisiana Courts of Appeal.

In the event relators seek to file a new application with this court as to the ruling on the Motion for Summary Judgment, it must contain all pertinent documentation, including the missing item noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before **thirty days from the notice of the signing of the judgment on the Motion for Summary Judgment**, and must contain a copy of this ruling.

This writ application is denied as to the trial court's February 24, 2020 ruling, which denied the Motion to Stay Legal Malpractice Claim and Motion to Continue Plaintiff's Motion for Summary Judgment filed by the relators, Stephen Guy deLaup, S. Guy deLaup, APLC, and Continental Casualty Company, as the criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam), are not met.

TMH
AHP

**Holdridge, J.,** concurs in part and dissents in part. I concur in the majority's not considering the writ application as to the Motion for Summary Judgment in accordance with the majority allowing the relators an opportunity to file a new application. I dissent from the ruling which denied the Motion to Stay Legal Malpractice Claim and the Motion to Continue the Plaintiff's Motion for Summary Judgment filed by relators, Stephen Guy deLaup, S. Guy deLaup, APLC, and Continental Casualty Company. I would grant both motions.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT